11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

William Patterson,                              * From the 91st District
                                                  Court of Eastland County,
                                                  Trial Court No. CV1041894.

Vs.   No. 11-13-00281-CV                        * December 5, 2013

West Texas Royalties, Inc.,                     * Per Curiam Memorandum Opinion
                                                  (Panel consists of Wright, C.J.,
                                                  Willson, J., and Bailey, J.)


        This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against William Patterson.